[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-13463
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 1, 2010
JOHN LEY
ACTING CLERK

D. C. Docket No. 99-00073-CR-J-34TEM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES CLINTON GILMORE, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(February 1, 2010)

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Donald B. Mairs, appointed counsel for James Clinton Gilmore, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's order revoking Gilmore's supervised release and imposing his 36-month sentence under 18 U.S.C. § 3583(e)(3) is **AFFIRMED**.